Sonja S. Weissman (State Bar No. 154320)
James M. Neudecker (State Bar No. 221657)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94107
Telephone:     415.543.8700
Facsimile:      415.391.8269
Email: sweissman@reedsmith.com
Email: jneudecker@reedsmith.com

Attorneys for Defendant Zimmer, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA SELBERG,<br><br>               Plaintiff,<br><br>    vs.<br><br>ZIMMER, INC.,<br><br>             Defendant. | Case No. 2:11-cv-02297-MCE-KJN<br><br>Before the Honorable Morrison C. England, Jr.<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT ZIMMER, INC. TO RESPOND TO COMPLAINT** |

Stipulation And Order Extending Time For Defendant Zimmer, Inc. To Respond To Complaint

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

Pursuant to Local Rule 144(a), Plaintiff and Defendant Zimmer, Inc. ("Zimmer") stipulate that Zimmer's deadline to respond to Plaintiffs' Complaint (filed on August 29, 2011, and served on Zimmer on October 6, 2011) shall be extended by 30 days. Zimmer's deadline to respond to Plaintiff's Complaint is now November 28, 2011.

DATED: October 26, 2011.                    LAW OFFICE OF ROBERT L. DAVIS


By */s/ Robert L. Davis* [with permission]
Robert L. Davis
Attorney for Plaintiffs

DATED: October 26, 2011.                    REED SMITH LLP


By */s/ James M. Neudecker*
Sonja S. Weissman
James M. Neudecker
Attorneys for Defendant Zimmer, Inc.

**IT IS SO ORDERED**

Dated: October 26, 2011

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

.1

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.