UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DEBRA SELBERG,  No. 2:11-cv-02297-MCE-KJN

    Plaintiff,

  v.  ORDER CONTINUING TRIAL

ZIMMER, INC.,

    Defendant.
_____/

    YOU ARE HEREBY NOTIFIED the December 9, 2013 jury trial is vacated and continued to **March 24, 2014**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **January 9, 2014.** Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the October 17, 2013 Final Pretrial Conference is vacated and continued to **January 23, 2014**, at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **January 2, 2014** and shall comply with the procedures outlined in the Court's February 29, 2012 Pretrial Scheduling Order.

///

1

1 | The personal appearances of the trial attorneys or person(s) in
2 | pro se is mandatory for the Final Pretrial Conference.
3 | Telephonic appearances for this hearing are not permitted.
4 |     Any evidentiary or procedural motions are to be filed by
5 | **January 2, 2014.** Oppositions must be filed by **January 9, 2014**
6 | and any reply must be filed by **January 16, 2014.** The motions
7 | will be heard by the Court at the same time as the Final Pretrial
8 | Conference.
9 |     All other due dates set forth in the Court's Pretrial
10 | Scheduling Order are confirmed.
11 |     IT IS SO ORDERED.

Dated: November 7, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE